UNITED STATES DISTRICT COURT
EASTERN DIVISION OF KENTUCKY
**SOUTHERN DIVISION AT PIKEVILLE**

```
WADE CONLEY,                    )
                                )
      Plaintiff,                )
                                )
   v.                           )   Case No. 7:13-CV-121-JMH
                                )
CAROLYN W. COLVIN,              )
Acting Commissioner of          )   JUDGMENT
Social Security,                )
                                )
      Defendant.                )
```

\*\*\*

In accordance with the Memorandum Opinion and Order of even date and entered contemporaneously herewith, **IT IS HEREBY ORDERED**:

(1) Judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner of Social Security;

(2) That this action shall be and the same hereby is **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET**;

(3) That all pending motions shall be and the same hereby are **DENIED AS MOOT**;

(4) That all scheduled proceedings shall be and the same hereby are **CONTINUED GENERALLY**; and

(5) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This the 2nd day of March, 2016.



Signed By:

*Joseph M. Hood*

Senior U.S. District Judge